UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ZHUJI YUANJIN TEXTILE CO., LTD.,

                     Plaintiff,              22-cv-6490 (PKC)

    -against-                         ORDER

ACCESSORY REVOLUTION GROUP LLC,

                     Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The limited subject matter jurisdiction of a district court is best addressed at the outset of a case. It falls upon the Court to raise issues of subject matter jurisdiction sua sponte.

        Where a complaint premised upon diversity of citizenship names a limited liability company as a party, the complaint must allege the citizenship of natural persons who are members of the limited liability company as well as the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51–52 (2d Cir. 2000); Strother v. Harte, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."); Rule 8(a), Fed. R. Civ. P. Here, the Complaint fails to allege the citizenship of the constituent members of defendant Accessory Revolution Group LLC.

        Within 7 days of this Order, plaintiff may serve upon Accessory Revolution Group LLC an interrogatory limited to the citizenship of all natural persons who are their members, and, if any corporation is a member, the jurisdiction under whose laws it is

incorporated and the principal place of business. Defendants shall have 7 days to respond to the interrogatories.

Within 30 days of this Order, Plaintiff shall amend the Complaint to allege, for the members of Accessory Revolution Group LLC, the citizenship (i.e., state (if a US citizen) or country (if not a US citizen)) for all natural person members and the jurisdiction of incorporation and principal place of business for all members that are corporations. Failure to adequately amend the Complaint will result in dismissal for lack of subject matter jurisdiction.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 17, 2022